GEORGE S. HENDRICKSON and Another, as Executors, etc., of SARAH E. KOUWEN-HOVEN, Deceased, Respondents, v. HATTIE L. EVERITT and Others, Defendants; HENRY C. FREY, as Substituted Trustee under the Last Will and Testament of JACOB T. VAN SICLEN, Deceased, and Another, Appellants.— In view of the determination upon the appeal from the judgment in Hendrickson v. Everitt (post, p. 979), decided herewith, the motion, renewed upon the argument, to dismiss the appeal of Henry C. Frey, as substituted trustee, etc., is dismissed, without costs, as such motion has become academic. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

J. HOFFMAN & Co., INC., Appellant, v. THE CITY OF NEW YORK, Respondent, and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Impleaded Defendant, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Resignation of STEPHEN F. BURKARD, an Attorney and Counselor at Law.— Resignation as attorney and counselor at law accepted and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., to the Lands, Tenements and Hereditaments Required for the Purpose of Opening and Extending Brigham Street from the Northerly Fork of Avenue U to Avenue Y, etc., in the Borough of Brooklyn, City of New York. In the Matter of the Application of ANTHONY L. ASTE for an Order to Vacate the Final Decree Entered March 29, 1934. ANTHONY L. ASTE, Appellant; THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of THE INCORPORATED VILLAGE OF ISLAND PARK, Appellant, for a Certiorari Order against WILLIAM E. HOWARD and Others, as and Constituting the Zoning Board of Appeals of The Incorporated Village of Island Park, and CHARLES BECKMANN, as Executor, etc., of WILLIAM BECKMANN, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

HELEN KELLY, as Administratrix, etc., of JAMES J. KELLY, Deceased, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of the INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

GLENORA KENNEY, Respondent, v. DAVID S. HERMAN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

SAMUEL KORB, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.